UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
_____

No. 08-1945
_____

WAYNE COOMBS,

Appellant

v.

DAVID DIGUGLIELMO; THE DISTRICT ATTORNEY OF
THE COUNTY OF PHILADELPHIA;
THE ATTORNEY GENERAL
OF THE STATE OF PENNSYLVANIA

_____

On Appeal from the Judgment of the
United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil Action No. 2-04-cv-01841)
District Judge: Honorable Cynthia M. Rufe

Submitted Pursuant to Third Circuit LAR 31.1
October 2, 2009

Before: McKEE, Chief Judge, CHAGARES, and NYGAARD, Circuit Judges


ORDER AMENDING OPINION AND JUDGMENT


As it appears that the opinion and judgment entered in the above matter on July

30, 2010, contained typographical errors, it is hereby

ORDERED that the opinion and judgment are amended to reflect the correct case

number of the underlying action, and the judgment is further amended to reflect the

correct date of the judgment of the Eastern District of Pennsylvania. An amended

mandate will issue forthwith.


For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk


Date: December 16, 2010